# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GEORGE MARINO**                                                                                     **PLAINTIFF**

v.                                        **Case No. 4:23-cv-00086-KGB**

**PULASKI COUNTY DETENTION CENTER**                                              **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). Plaintiff George Marino has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id*.). The Court dismisses without prejudice Mr. Marino's complaint for failure to prosecute (Dkt. No. 1). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgement would not be taken in good faith.

It is so ordered this 2nd day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge